IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECOLAB INC. AND ECOLAB USA INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SC JOHNSON PROFESSIONAL GROUP ) <br> LTD. (F/K/A DEB GROUP LTD.) AND ) <br> DEB IP LIMITED, ) <br> ) <br> Defendants. ) | C.A. No. 21-00720-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that this action be dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(l)(A)(ii), each party to bear its own costs, expenses, and attorneys' fees.

Dated: July 1, 2022                                Respectfully submitted,

POTTER ANDERSON & CORROON LLP            HEYMAN ENERIO
                                                 GATTUSO & HIRZEL LLP

By: /s/ Jonathan A. Choa
    Jonathan A. Choa (#5319)                By: /s/ Dominick T. Gattuso
    P.O. Box 951                                 Dominick T. Gattuso (#3630)
    Wilmington, DE 19899                         300 Delaware Avenue, Suite 200
    (302) 984-6000                               Wilmington, DE 19801
                                                 (302) 472-7300
OF COUNSEL:
                                             OF COUNSEL:
W. Bryan Farney
Cassandra Klingman                           Brian Nisbet
Caryn Cross                                  WINSTON & STRAWN LLP
Jennifer Towle                               35 West Wacker Drive
FARNEY PC                                    Chicago, IL 60601
1008 S. Main Street                          (312) 558-5600
Georgetown, TX 78626
(512) 582-2810                               *Attorneys for Defendants SC Johnson
                                             Professional Group Limited and Deb IP
*Attorneys for Plaintiffs Ecolab Inc. and    Limited*
Ecolab USA Inc.*

SO ORDERED this 5th day of July, 2022

/s/ Richard G. Andrews
United States District Judge